UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
JASMINE TORO, *on behalf of herself and all others*                 :
*similarly situated*,                                               :
                                                                    :
                                                                    :    22-CV-6003 (JMF) (SLC)
                       Plaintiff,                                   :
                                                                    :    ORDER OF REFERENCE
          -v-                                                       :    TO A MAGISTRATE
                                                                    :    JUDGE
GAMESCAPE PRIME, INC.,                                              :
                                                                    :
                       Defendant.                                   :
                                                                    :
------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: July 15, 2022         _____
      New York, New York                    JESSE M. FURMAN
                                                   United States District Judge