Civil Action No.    1:22-CV-6003

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Gamescape Prime, Inc.**
was recieved by me on  **8/27/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Jordan Warabem**, who is designated by law to accept service of process on behalf of **Gamescape Prime, Inc.09/06/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   09/06/2022

*Server's signature*

**Ashley David**
*Printed name and title*

**130 Grove Ave
Corte Madera, CA 94925**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Jordan Warabem who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**





Tracking #: **0092863275**

**US District Court, New York, Southern Division, Manhattan**
**500 Pearl Street**
**New York, NY 10007**

**Gamescape Prime, Inc.**
**1225 4th Street**
**San Rafael, CA 94901**



# New York State Unified Court System
## Additional Notice of Lawsuit

nycourts.gov
**UCS-CCR1** (04/2022)
Page **1** of **2**
nycourthelp.gov

| | |
|---|---|
| Name of Court: | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW |
| County: | null |
| Street Address: | 500 Pearl Street |
| City, State, Zip Code: | New York, New York 10007 |
| Name of Defendant: | GAMESCAPE PRIME, INC |
| Defendant Address: | 1225 4th Street, San Rafael, CA 94901 |
| Plaintiff: | JASMINE TORO, ON BEHALF OF HERSELF AND ALL OTHERS |
| Defendant: | GAMESCAPE PRIME, INC |
| Original Creditor: | |
| Index Number: | 1:22-CV-6003 |

**Attention:** a lawsuit has been filed against you claiming that you owe money for an unpaid consumer debt.

You may wish to contact an attorney.

You should respond to the lawsuit as soon as possible by filing an "answer" which may be done at the court clerk's office listed above.

If you do not respond to the lawsuit, the court may enter a money judgment against you. Once entered, a judgment is good and can be used against you for twenty years, and your personal property and money, including a portion of your paycheck and/or bank account, may be taken from you. Also, a judgment may affect your credit score and can affect your ability to rent a home, find a job, or take out a loan.

You CANNOT be arrested or sent to jail for owing a debt.

Additional information can be found at the New York State Court System website.

**Sources of information and assitance:**

The court encourages you to inform yourself about your options as a defendant in this lawsuit. In addition to seeking assistance from a private attorney or legal aid office, there are free legal assistance computer programs that you can use online to help you represent yourself in this lawsuit.

For further information, or to locate a legal aid program near you, you may visit the LawHelpNY website or the New York State Court System website, which has information for representing yourself and links to other resources at:

https://www.nycourts.gov/courthelp/MoneyProblems/whenYouOwe.shtml.

 ADA Accommodations
ada@nycourts.gov

 Spoken or Sign Language
interpreter@nycourts.gov

**Court Help** 1-800-COURT-NY
(268-7869)

New York State Unified Court System
Case 1:22-cv-06003 Document 7 Filed 09/13/22 Page 4 of 4
nycourts.gov
UCS-CCR1 (04/2022)
Page **2** of **2**
nycourthelp.gov



# Notificación Adicional de Demanda

| | |
|---|---|
| Tribunal: | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT |
| Condado: | null |
| Dirección: | 500 Pearl Street |
| Ciudad, estado, Código postal: | New York, New York 10007 |
| Nombre de la parte demandada: | GAMESCAPE PRIME, INC |
| Dirección: | 1225 4th Street, San Rafael, CA 94901 |
| Parte Demandante: | JASMINE TORO, ON BEHALF OF HERSELF AND ALL |
| Parte Demandada: | GAMESCAPE PRIME, INC |
| Acreedor Original: | |
| Número de causa: | 1:22-CV-6003 |

**Atención:** Se ha entablado una demanda en su contra reclamándole una deuda de consumo.

Si quiere,consulte con un abogado.

Conteste a la demanda lo antes posible al entablar una "contestación" en la secretaría del tribunal arriba mencionado.

El tribunal podría emitir un fallo monetario en su contra si no contesta la demanda. Una vez que se emita el fallo, este tendrá validez y podría usarse en su contra por 20 años y le podrían quitar sus bienes personales y dinero, incluso una porción de su sueldo y/o cuenta bancaria. También, un fallo monetario podría afectarle su puntuación crediticia y podría impactar su capacidad para alquilar una vivienda, conseguir empleo, o solicitar un préstamo.

NO se le arrestará ni encarcelará por deudas.

Para más información visite la página web del Sistema de los Tribunales del estado de Nueva York.

**Fuentes de información y ayuda:**

El tribunal le anima a informarse acerca de las opciones disponible como persona demandada. Además de buscar ayuda con abogados privados o la oficina de ayuda legal, sepa que existen programas de computadora de asesoría legal,en línea,a su disposición si se representará por derecho propio en esta demanda.

Para más información, o para localizar un programa de asesoría legal cercano a usted, visite la página web LawHelpNY o la página web del Sistema de los Tribunales del estado de Nueva York que ofrece información y enlaces para recursos de representación por derecho propio
https://www.nycourts.gov/courthelp/MoneyProblems/whenYouOwe.shtml.


**ADA Accommodations**
ada@nycourts.gov


**Spoken or Sign Language**
interpreter@nycourts.gov


**1-800-COURT-NY**
**(268-7869)**