**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

JASMINE TORO, ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED,

        Plaintiff,

v.

GAMESCAPE PRIME, INC.,

        Defendant.

_____

**CASE NO.: 1:22-cv-06003 (JLR) (SLC)**
**ORDER**

      **THIS MATTER** is before the Court on Defendant, Gamescape Prime, Inc.'s unopposed letter motion for an extension of time to answer, move, or otherwise respond to the complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

      **ORDERED** that the Motion is GRANTED. The Defendant shall file their response to Plaintiff's Complaint on or before October 27, 2022.

      **DONE AND ORDERED** this 26 day of September, 2022, in Chambers of the United States District Court for the Southern District of New York.

SO ORDERED.

Date: September 26, 2022
New York, New York

The Honorable Sarah L. Cave
United States Magistrate Judge

cc: Counsel of Record