UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

                        Plaintiff,

-v-

GAMESCAPE PRIME, INC.,

                        Defendant.

CIVIL ACTION NO.: 22 Civ. 6003 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 14, 2022, Plaintiff Jasmine Toro ("Toro") file the complaint. (ECF No. 1 (the "Complaint")). On September 6, 2022, Toro filed the Summons and Complaint on Defendant Gametime Prime, Inc. ("Gametime"). (ECF No. 7 at 1). On September 25, 2022, Gametime filed a letter-motion seeking an extension of time to answer, move, or otherwise respond to the Complaint. (ECF No. 9). On September 26, 2022, the Court granted Gametime's motion, and ordered that Gametime shall answer, move, or otherwise respond to the Complaint by October 27, 2022. To date, Gametime has failed to answer, move, or otherwise respond to the Complaint.

Accordingly, by **Tuesday, November 1, 2022**, Gametime shall answer, move, or otherwise respond to the Complaint.

Dated:    New York, New York         SO ORDERED.
           October 28, 2022

                                                                   **SARAH L. CAVE**
                                                                   **United States Magistrate Judge**